IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRENDAN J. JONES,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | CV 19-44-BLG-SPW-TJC<br><br>**ORDER** |

      Plaintiff moves for the admission of Frederick Daley, Jr. to practice before this Court in this case with Charles E. Hansberry to act as local counsel. Mr. Daley's application appears to be in order, with the exception that Mr. Daley did not provide his telephone number, fax or email contact information as required by Local Rule 83.1(d)(3)(A).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Frederick J. Daley, Jr. pro hac vice is GRANTED on the condition that Mr. Daley shall do his own work. This means that Mr. Daley must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Daley may move for the

admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Daley.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Daley, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above. Mr. Daley shall also provide his telephone, fax, and email contact information.

DATED this 30th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge